**Order entered November 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00424-CR

**JOHNELLE RENEE HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MA17-13792-L**

## ORDER

Before the Court is appellant's November 9, 2018 second motion for extension of time to file her brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **November 19, 2018**. If appellant's brief is not filed by November 19, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/ LANA MYERS
JUSTICE